**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6057**

---

LARRY MAURICE WILSON, SR.,

Plaintiff - Appellant,

versus

MARION CORRECTIONAL TREATMENT CENTER; J. CODY,
MRS.; J. T. HALL, Captain; K. L. OSBORNE,
Warden, Department of Corrections (C.C.B.),

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-97-732-R)

---

Submitted:  June 18, 1998               Decided:  July 8, 1998

---

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Larry Maurice Wilson, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilson v. Marion Corr. Ctr.</u>, No. CA-97-732-R (W.D. Va. Dec. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>